1
2
3
4
5              UNITED STATES DISTRICT COURT
6            NORTHERN DISTRICT OF CALIFORNIA
7
8    ROBERT ENGLAND,                        No. C 10-153 SI (pr)
9            Plaintiff,                     **ORDER**
10        v.
11   ROBERT HOREL; et al.,
12           Defendants.
13   _____/

14        Plaintiff has requested that counsel be appointed to assist him in this action.  A district
15   court has the discretion under 28 U.S.C. §1915(e)(1) to designate counsel to represent an
16   indigent civil litigant in exceptional circumstances.  See Wilborn v. Escalderon, 789 F.2d 1328,
17   1331 (9th Cir. 1986).  This requires an evaluation of both the likelihood of success on the merits
18   and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal
19   issues involved.  See id.  Neither of these factors is dispositive and both must be viewed together
20   before deciding on a request for counsel under § 1915(e)(1).  Here, exceptional circumstances
21   requiring the appointment of counsel are not evident.  The request for appointment of counsel
22   is DENIED.  (Docket # 6.)

23        In light of the possibility that plaintiff was waiting for this ruling before beginning work
24   on his opposition to defendants' motion to dismiss, the court now resets the deadlines on
25   defendants' motion to dismiss:   Plaintiff must file and serve his opposition to the motion to
26   dismiss no later than **June 3, 2011**.  If defendants wish to file a reply brief, the reply brief must
27   be filed and served no later than **June 20, 2011**.

28

**United States District Court**
For the Northern District of California

The clerk will mail a copy of the order of service to the plaintiff who has requested a replacement copy.  Plaintiff is advised that, although he is proceeding as a pauper, he must pay for all further photocopies.

IT IS SO ORDERED.

Dated: April 20, 2011

_____
SUSAN ILLSTON
United States District Judge