UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ENGLAND, | No. C 10-153 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT HOREL; et al., | |
| Defendants. | |

The court has twice denied plaintiff's motions for appointment of counsel. Plaintiff's motion for reconsideration of the second denial of appointment of counsel is DENIED. (Docket # 25.) All the information he included in his motion for reconsideration was considered by the court in ruling on his earlier motions. Although plaintiff contends he needs a lawyer because he has an arm disability that impedes his ability to write, the court will not appoint an attorney to perform mere scrivener services, as writing is not a skill for which a law degree is needed. If plaintiff needs someone to assist him in writing, he should ask prison officials and the prison law librarian to seek the desired assistance.

The court will once again extend the deadline for plaintiff to file his opposition to the motion for summary judgment in light of the possibility that plaintiff was waiting for a ruling on the motion for reconsideration. Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment no later than **May 11, 2012.** No further extensions of this deadline should be expected. Defendants must file and serve their reply brief (if any) no later than **May 29, 2012**.

Defendants' "motion requesting leave to file reply to plaintiff's verification in support of opposition to defendants' motion for summary judgment" is GRANTED. (Docket # 26.) Defendants may address the one-page verification (as well as any other opposition plaintiff files) in the reply brief due on May 29, 2012.

IT IS SO ORDERED.

Dated: March 22, 2012

_____
SUSAN ILLSTON
United States District Judge