UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ENGLAND, | No. C 10-0153 SI (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HOREL, et al., | |
| Defendants. | |

Defendants' motion for summary judgment having been granted, judgment is hereby entered in favor of all defendants as to all claims.

**IT IS SO ORDERED**.

DATED: September 18, 2012

SUSAN ILLSTON
United States District Judge