UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT ENGLAND,                                         No. C 10-0153 SI (PR)

       Plaintiff,                                              **JUDGMENT**

   v.

HOREL, et al.,

       Defendants.
                                      /

   Defendants' motion for summary judgment having been granted, judgment is hereby entered in favor of all defendants as to all claims.

   **IT IS SO ORDERED**.

DATED: September 18, 2012

                                                   SUSAN ILLSTON
                                            United States District Judge

**United States District Court**
For the Northern District of California